**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-22893-BLOOM/Louis**

LENNIN JIMENEZ,

     Plaintiff,

v.

POWER DESIGN INCORPORATED,

     Defendant.

_____/

## ORDER ON MOTION TO COMPEL ARBITRATION

**THIS CAUSE** is before the Court upon Defendant's Motion to Dismiss or, in the Alternative, Motion to Stay this Action and Compel Arbitration, ECF No. [4] (the "Motion"). In the Complaint, Plaintiff asserts a single claim for violation of the Family and Medical Leave Act against Defendant, his employer. *See* ECF No. [1]. According to the Motion, Plaintiff voluntarily entered into an employment agreement with Defendant. That agreement contains an arbitration provision requiring the parties to forego any legal action related to Plaintiff's disputes with Defendant. On August 2, 2019, the parties filed a Joint Updated Certificate of Conferral stating that Plaintiff is agreeable to staying the action and engaging in arbitration. S*ee* ECF No. [9].

As Plaintiff does not dispute that the case must be sent to arbitration, the only question before the Court is whether to dismiss the case or stay the case pending arbitration. Where the Court compels arbitration of all the claims involved, the Court sees no benefit to a stay, as opposed to dismissal. *See Perera v. H&R Block Eastern Enterps., Inc.*, 914 F. Supp. 2d 1284, 1290 (S.D. Fla. 2012) ("The weight of authority clearly supports dismissal of the case when *all* of the issues raised in the district court must be submitted to arbitration.") (citations and quotations omitted). As such, the proper action is for the Court to dismiss this case.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion, **ECF No. [4]**, is **GRANTED.**

2. The Parties shall submit the claim asserted in the Complaint to arbitration.

3. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 5, 2019.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record